TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00626-CR


NO. 03-01-00627-CR


NO. 03-01-00628-CR






Sherell Wray, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NOS. 994702, 994410 & 994418, HONORABLE FRED A. MOORE, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record in these companion cases was due to be filed on December 10,
2001. The court reporter did not respond to the Clerk's notice that the record is overdue.

The court reporter for the 331st District Court, Mr. Joel Silva, is ordered to file the
reporter's record no later than April 26, 2002. No further extension of time will be granted.

It is ordered March 22, 2002.


Before Justices Kidd, Patterson and Puryear

Do Not Publish